UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 07316
    DARRIN A JACKSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-1455
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/07 .

2. The case was dismissed without confirmation, 08/17/2007.

3. The Debtor paid a total of $   1300.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC MORTGAGE | SECURED | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | 1266.20 |
| READERS MART | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL SERVICE GROU | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1266.20 | .00 | .00 | .00 | 1266.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1266.20 | .00 | .00 | .00 | 1266.20 |

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   2700.00
and was paid $    815.00   direct and $       .00  through the plan.

The Trustee received $     33.80 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 07316 DARRIN A JACKSON
```